**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.  5:11-CV-123-RLV-DCK**

| | | |
|---|---|---|
| **COLETTE SURRATT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **APPLE GOLD, INC., d/b/a APPLEBEE'S** | ) | |
| **NEIGHBORHOOD GRILL AND BAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend

The Discovery Deadline" (Document No.7) and "Corrected Joint Motion To Extend Pretrial

Deadlines" (Document No. 8) filed June 11, 2012.  These motions have  been referred to the

undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is

appropriate.  Having carefully considered the motions, the record, and applicable authority, the

undersigned will allow the parties' request for an extension of case deadlines.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend The Discovery

Deadline" (Document No.7) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the "Corrected Joint Motion To Extend Pretrial

Deadlines" (Document No. 8) is **GRANTED**.  The case deadlines are revised as follows:

| | |
|---|---|
| Discovery | August 21, 2012; |
| Motions | September 24, 2012; |
| Mediation | September 24, 2012. |

**SO ORDERED**.

Signed: June 12, 2012

David C. Keesler
United States Magistrate Judge