IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11CV123-RLV

| | |
|---|---|
| COLETTE SURRATT,  )<br>　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>APPLE GOLD, INC., d/b/a APPLEBEE'S )<br>NEIGHBORHOOD GRILL AND BAR,　)<br>　　　　Defendant.　　　　　　　　　　)<br>_____) | ORDER |

**THIS MATTER** is before the Court on its own motion to continue the trial from the November 5, 2012, trial term in the Statesville Division. In this matter, there was a motions deadline extended without changing the trial date. Therefore, the Court will continue this matter to the next trial term.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 5, 2012, trial term in the Statesville Division to the January 7, 2013, trial term in the Statesville Division.

Signed: October 11, 2012

Richard L. Voorhees
United States District Judge