IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-123-RLV-DCK

| | |
|---|---|
| COLETTE SURRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPLE GOLD, INC. d/b/a APPLEBEE'S ) | |
| NEIGHBORHOOD GRISS AND BAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a joint "Notice of Settlement" (Document No. 26) on January 4, 2013, notifying the Court that a settlement had been reached. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 4, 2013**.

Signed: January 9, 2013

David C. Keesler
United States Magistrate Judge